174 So. 544

### Ex parte PALATINE INS. CO., LIMITED, OF LONDON, ENGLAND.

### 7 Div. 291.

Court of Appeals of Alabama.
May 11, 1937.

Coleman, Spain, Stewart & Davies, of Birmingham, for petitioner.

L. B. Rainey, of Gadsden, for respondent.

SAMFORD, Judge.

In this cause it is made to appear by the certificate of the clerk of the circuit court of Etowah county that the plaintiff in the original suit, and since the filing of the petition in this case, has entered a nonsuit in the circuit court of Etowah county, thereby rendering the questions in the petition for mandamus moot.

The petition is therefore dismissed.

Dismissed.